DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GINA JOHNSON,**
Appellant,

v.

**DOUGLAS BOULTON,**
Appellee.

No. 4D2025-3525

[March 19, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk-Olefson, Judge; L.T. Case No. CACE25010948 (25).

Eric A. Simon, Boca Raton, for appellant.

Alexander Kamran Beg and Thomas U. Graner of Graner Platzek & Allison, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***